LEGAL MAIL
Provided to
Wakulla CI

APR 10 2020

FOR MAILING  W  T.A

FILED
2020 APR 15 AM 11:22
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

TIMOTHY AUSTIN PRO-SE
PETITIONER #122218

VS.                                CASE #
                                   3:20-CV-381-J-34 PDB

UNITED STATES DISTRICT
COURT OF MIDDLE DISTRICT
OF FLORIDA
                    RESPONDENT

PETITION FOR EMERGENCY CASE MANAGEMENT HEARING FOR PUBLIC SAFETY. UPON CONST. OF. FLA. ARTICLE 1 SECTION 13. HABEAS CORPUS. GRANTTABLE OF RIGHT FREELY AT COST.

JURISDICTION/STATEMENTS FACTS

INVOLK JURISDICTION OF FLORIDA CONSTITUTION ARTICLE 1 SECTION 2 BASIC RIGHTS. TO ENJOY LIFE IN THE PUBLIC TO BE SAFE AND NOT TREATED WITH REBELLION FOR HIS ASSISTANCE AS A WITNESS AND DESERVE HIS RESPECT OF COMPESATION.

STATEMENT OF FACTS

IN THE 4TH CIRCUIT COURTS CONVICTIONS WAS MADE IN DUVAL COUNTY. OF JACKSONVILLE, FLORIDA (YEAR 1995-2018).

IN CASE (#95-2800-CRF) THE RECORD WILL REFLECT. PETITION HAS ASSISTED THE UNITED STATES PROSECUTORS OFFICE IN DOUBLE HOMOCIDE CASE IN THE CONVICTION AND PROSECUTION OF "MELVIN WILLIAM". PETITIONER TESTIMONY WAS USED AND THE RECORD WILL REFLECT. THE DISTRICT STATE ATTORNEY OFFICE LEAD PROSECUTOR OVER "MELVIN WILLIAM" CASE PROSECUTOR MR. DELRIONDA. CAME TO PETITIONER TIMOTHY AUSTIN #122218. SENTENCING HEARING TO STATE UPON RECORD IN CASE #95-2800-CRF MR. DELRIONDA GAVE PETITIONER CONSIDERATION FOR THE PETITIONER TRUTHFUL COPERATION IN THE CONVICTION.. IN THE SENTENCING "NO" SENTENCE REDUCTION OR **COMPESATION** WAS GIVEN TO PETITIONER..

(#1)   ISSUE **ARGUMENT**

PETITIONER, ASSERTS UPON THE PRIOR RELEASE ON (CASE #95-2800-CRF) WHERE NO CONSIDERATION OR COMPESATION OR WITNESS PROTECTION WAS GIVEN I WAS RELEASED IN SOCIETY AS A **IN~~DIGENT~~** UNPROTECTED WITNESS. THE PETITIONER WAS NOT PROTECTED UNDER PUBLIC SAFETY VIOLATING THE CONST. OF. FLORIDA SECTION 2. BASIC RIGHTS TO BE EQUAL BEFORE THE LAW AND HAVE

INALIENABLE RIGHTS, WHICH ARE THE RIGHTS TO ENJOY AND DEFEND LIFE AND LIBERTY, TO PURSUE HAPPINESS. TO BE REWARDED FOR THE PETITIONER INDUSTRY, PETITIONER SHOULD NOT BE DEPRIVED OF ANY OF HIS RIGHTS TO BE GRANTED THE PETITION FOR A EMERGENCY HEARING UNDER THE FEDERAL RULE AND PROCEDURE 3.05 RULE TO CONSIDER THE CASE MANAGEMENT GRANT PETITIONER COMPESATION CLAIMS AND BONDS FOR HOUSING

AND NOT DENY PETITIONER OR DEPRIVE PETITIONER ANY RIGHT DUE TO RACE, RELIGION, NATIONAL ORBIN OR DISABILITY.

FURTHER PETITIONER DESERVE PUBLIC SAFETY UPON PETITIONER ASSISTANTS UPON TRACK (1ˢ) **3.05**

## CONCLUISION

GRANT PETITIONER A EMERGENCY CASE MANNAGEMENT HEARING

## **RELIEF**

DUE TO PETITIONER LIFE BEING IN PUBLIC DANGER FOR BEING A STATE WITNESS THE PETITION SHOULD BE GRANTED FOR A HEARING. PETITIONER CURRENT RELEASE DATE IS **JANUARY 15, 2020**.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY A TRUE AND CORRECT MOTION FOR PETITION 3.05 HEARING WAS HAND MAILED ON **10TH DAY** OF **APRIL** 2020 BY I TIMOTHY AUSTIN #122218 FROM WALKULLA C.I 110 MELEUCA DRIVE, CRAWFORDVILLE, FLORIDA 32327

[S] Timothy Austin #122218
APRIL 10TH 2020

TO: UNITED STATES DISTRICT
300 NORTH HOGAN STREET
JACKSONVILLE, FLORIDA
32202

LEGAL MAIL
Provided to
Wakulla CI

APR 10 2020

FOR MAILING    T.A

4 OF 4